## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| U.S. VENTURE, INC. f/k/a U.S. OIL CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GAS CITY, LTD. and WILLIAM J MCENERY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 10 CV 4166 <br><br> Judge Robert M. Dow, Jr. |

### GAS CITY, LTD.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Fed. R. Civ. P. 7.1(a), Defendant Gas City, Ltd. ("Gas City"), by and through its undersigned attorneys, Proskauer Rose LLP, states that it does not have any parent corporation, nor is there any publicly held corporation that owns 5% or more of its stock. Gas City reserves the right to supplement this statement, if necessary.

Dated: August 31, 2010

Respectfully submitted,

GAS CITY, LTD.

By Its Attorneys,

    */s/ Catherine J. Spector*

Catherine J. Spector, 6287459
Proskauer Rose LLP
Three First National Plaza
70 W. Madison, Suite 3800
Chicago, IL 60602-4342
Telephone: (312) 962-3550
Fax: (312) 962-3551

*Attorneys for Defendant, Gas City, Ltd.*

## **CERTIFICATE OF SERVICE**

      I, Catherine J. Spector, an attorney, certify that I served a copy of the foregoing on David E. Cohen, David E. Cohen, P.C., 55 West Monroe Street, Suite 600, Chicago, Illinois 60606, by operation of the Court's electronic filing system on August 31, 2010.

                                                */s/ Catherine J. Spector*
                                                  Catherine J. Spector

1075/32288-001 Current/20194397v1

## **CERTIFICATE OF SERVICE**

      I, Catherine J. Spector, an attorney, certify that I served the attached Defendant Gas City Ltd.'s Answer to the Complaint at Law on David E. Cohen, David E.Cohen, P.C., 55 West Monroe Street, Suite 600, Chicago, Illinois 60606, by U.S. Mail and facsimile on _____.

                                                _____
                                                Catherine J. Spector